1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB ) ) MDL No. 1699 ) ) JUDGE BREYER |
| 14  This document relates to: | ) STIPULATION AND ORDER OF ) DISMISSAL ONLY AS TO CASE |
| 15  JANICE DALTON AND JEFFREY DALTON | ) NUMBER 4:05-cv–2258 DJS ) ORIGINALLY FILED IN THE |
| 16  Individual Case No. 3:06-cv-03362-CRB | ) EASTERN DISTRICT OF ) MISSOURI |

18    **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and
19  counsel for Defendants that the Complaint of Plaintiffs, Janice Dalton and Jeffrey Dalton, Case
20  Number 4:05-cv-02258 DJS, originally filed in the Eastern District of Missouri on November 30,
21  2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales*
22  *Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-3362
23  CRB, may be and is hereby dismissed without prejudice.
24        This Stipulation and Order of Dismissal does not relate to nor does it have any effect
25  upon the following action within which Janice Dalton and Jeffrey Dalton are also named
26  plaintiffs: *Janice Dalton and Jeffrey Dalton v. G.D. Searle & Co.*, Case Number CV05-06302
27  SJO (Shx) (a "Celebrex" complaint), originally filed in the Central District of California.
28

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

The parties shall each bear their own costs.

Dated: July 13, 2006

ROBINSON, CALCAGNIE & ROBINSON

_____
Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiffs*
JANICE DALTON and JEFFREY DALTON

Dated: July 20, 2006

GORDON & REES

_____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 21, 2006_____     _____
HONORABLE CHARLES R. BREYER

